IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ELANA ROEWE, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-CV-81(WLS) |
| | * |
| INTERNATIONAL COMPUTER SYSTEMS, INC. d/b/a FIRST COLLECTION SERVICES, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 5, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of November, 2019.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk